MARK WOOD, PLAINTIFF-APPELLANT, v. DIC/UNDERHILL AND UNIVERSAL BUILDERS SUPPLY CO. *ET AL.*, DE-FENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 19, 1976—Decided October 26, 1976.

Before Judges LORA, CRANE and ARD.

*Mr. Henry J. Williams* argued the cause for appellant (*Messrs. Seaman, Williams* and *Seaman,* attorneys).

*Mr. Francis X. Garrity* argued the cause for respondent, Port Authority of New York and New Jersey (*Messrs. Bergamino* and *De Gonge,* attorneys).

PER CURIAM. The judgment of the Law Division is affirmed substantially for the reasons expressed in the written opinion of Judge Bilder reported at 136 *N. J. Super.* 249 (Law Div. 1975).